IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Western Division
Case No. 5:13-CV-765

| | |
|---|---|
| ANIKA HATLEY and ) | |
| AMY HATLEY ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| OFFICER BOWDEN, in her Individual and ) | |
| Official Capacities and the CITY OF RALEIGH ) | |
| POLICE DEPARTMENT, ) | |
| ) | |
| Defendants. ) | |

On May 8, 2014, the Plaintiffs and the City of Raleigh, the parties who have appeared in this action, filed a joint motion to remand. The claim was originally removed to this Court based on federal questions raised by the complaint. The amended complaint filed by the Plaintiffs removed all federal claim and only State law negligence claims remain in the case. Although remand is not mandatory, the case is at an early stage, federal claims no longer predominate, no scheduling order has been entered, and discovery has not yet begun. Remand is appropriate here.

It is, therefore, ORDERED that this case in its entirety is remanded to the Superior Court of Wake County, North Carolina.

This the  9th  day of            May, 2014.

_____
LOUISE W. FLANAGAN
U.S. DISTRICT COURT JUDGE