UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| ANIKA HATLEY and AMY HATLEY, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| | ) | No. 5:13-CV-765-FL |
| | ) | |
| CITY OF RALEIGH and | ) | |
| OFFICER SHINITTA BOWDEN, | ) | |
| in her individual and official capacities, | ) | |
| | ) | |
| Defendants. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge for consideration of the joint motion to remand of plaintiffs and defendant City of Raleigh.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered May 9, 2014, and for the reasons set forth more specifically therein, that this matter is remanded to the Superior Court of Wake County, North Carolina.

**This Judgment Filed and Entered on May 9, 2014, and Copies To:**
Joshua Gabriel Talton (via CM/ECF Notice of Electronic Filing)
Dorothy K. Leapley (via CM/ECF Notice of Electronic Filing)
The Honorable Lorrin Freeman, Wake County Clerk of Superior Court
    (via U.S. mail) PO Box 351, Raleigh, NC 27602-0351


May 9, 2014                       JULIE A. RICHARDS, CLERK
                                       /s/ Christa N. Baker
                                       (By) Christa N. Baker, Deputy Clerk